HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
PATRICK MEHLHAFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00164-JAM |
|---|---|
| Plaintiff, | **ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 5)** |
| v. | |
| PATRICK MEHLHAFF, | Judge: Hon. John A. Mendez |
| Defendant. | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby **TERMINATES** the term of supervised release imposed in this case and **DISCHARGES** Mr. Mehlhaff from supervision for the reasons set forth in his Unopposed Motion. It is further ordered that the proceedings in this case be **TERMINATED**.

IT IS SO ORDERED.

Dated:  December 15, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE